**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| CHARLES DOGAN, | : | |
| Petitioner, | : | Civil No. 11-3383 (JBS) |
| v. | : | |
| BUREAU OF PRISONS, | : | **ORDER** |
| Respondent. | : | |

For the reasons set forth in the accompanying Opinion filed on this date,

IT IS on this __**3rd**__ day of __**January**__, 2012,

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED for lack of jurisdiction; and it is further

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon the parties, and shall close the file.

                                            **s/ Jerome B. Simandle**
                                            JEROME B. SIMANDLE
                                            United States District Judge